UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK SOLOMON                    )
                    Plaintiff,     )
                                   )
v.                                 )          **JUDGMENT**
                                   )          5:18-cv-537-FL
A.T.F.                             )
                    Defendant.     )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 14, 2019, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiff shall have and recover nothing from this action.

<u>**This Judgment Filed and Entered on January 14, 2019, and Copies To:**</u>
Patrick Solomon (via US mail) 3984 Neeley St, Raleigh, NC 27606.

January 14, 2019                    PETER A. MOORE, JR., CLERK


                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk